UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Christopher M Connors  
    Alison S Connors  
        Debtor(s)

Case No. 14-14220

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2014.

2) The plan was confirmed on 06/27/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 08/01/2018.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $36,800.00.

10) Amount of unsecured claims discharged without payment: $62,777.10.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $40,800.00 |
| Less amount refunded to debtor | $203.41 |

**NET RECEIPTS:** $40,596.59

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,631.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,906.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,537.80

Attorney fees paid and disclosed by debtor: $369.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CROWN MORTGAGE | Secured | 17,002.42 | 17,002.42 | 17,002.42 | 17,002.42 | 0.00 |
| CROWN MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Unsecured | 5,837.00 | 9,937.81 | 9,937.81 | 993.78 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 9,697.15 | 9,697.15 | 9,697.15 | 9,697.15 | 1,138.32 |
| MIDLAND FUNDING LLC | Unsecured | 1,235.00 | 1,235.18 | 1,235.18 | 123.52 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 15,019.00 | 10,902.02 | 10,902.02 | 1,090.20 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| OB/GYN HEALTH ASSOC | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| OB/GYN HEALTH ASSOC | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC FACULTY FOUNDATION | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIX MEDICAL GROUP | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 919.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FIFTH THIRD BANK | Unsecured | 3,405.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FIFTH THIRD BANK | Unsecured | 1,135.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**


**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE CHRIST MEDICAL CENTI | Unsecured | 1,359.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS OF JOL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| CAREER EDUCATION CORP | Unsecured | 3,440.00 | NA | NA | 0.00 | 0.00 |
| CAREMARK PAYMENT CENTER | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL GROUP | Unsecured | 1,359.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL GROUP | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL GROUP | Unsecured | 4,066.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 9,052.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 6,320.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 6,094.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 4,091.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 3,486.00 | NA | NA | 0.00 | 0.00 |
| ECP SERVICES | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| LIFEMINE HEALTH | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTHESIOLOGISTS | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC CARDIOLOGY | Unsecured | 2,681.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC CARDIOLOGY | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NEW LENOX FIRE PROTECTION DIST | Unsecured | 1,744.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 937.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 14,312.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST MEDICAL AFFILIATES | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST MEDICAL AFFILIATES | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/FISL/AT | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SERVICE FINANCE COMPANY | Unsecured | NA | 3,053.08 | 3,053.08 | 305.31 | 0.00 |
| SERVICE FINANCE COMPANY | Secured | 300.00 | 300.00 | 300.00 | 300.00 | 3.11 |
| SILVER CROSS HOSPITAL | Unsecured | 1,385.00 | 1,447.61 | 1,447.61 | 144.76 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 11,238.00 | 42,602.23 | 42,602.23 | 4,260.22 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $17,002.42 | $17,002.42 | $0.00 |
| Debt Secured by Vehicle | $9,697.15 | $9,697.15 | $1,138.32 |
| All Other Secured | $300.00 | $300.00 | $3.11 |
| **TOTAL SECURED:** | **$26,999.57** | **$26,999.57** | **$1,141.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,177.93** | **$6,917.79** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $5,537.80 | |
| Disbursements to Creditors | $35,058.79 | |
| **TOTAL DISBURSEMENTS :** | | **$40,596.59** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/18/2018           By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**